FILED
CLERK, U.S. DISTRICT COURT

07/16/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____LM_____ DEPUTY

1  Alice Lee Giannetta (Pro Se Plaintiff)
2  77 W. 55th St., Apt. 12B
3  New York, NY 10019
4  (973) 482-7910
5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10  _____   EDCV20-01410 RGK(KKx)
11  ALICE LEE GIANNETTA           :
12            Plaintiff           :
13                                : COMPLAINT FOR DEFAMATION,
14  v.                            : LIBEL, FALSE LIGHT, AND
15                                : DAMAGES; INTENTIONAL
16  DAVID MARMEL, as CEO of       : INTERFERENCE WITH
17  MRS WORLD,INC.; and DAVID     : PROSPECTIVE ECONOMIC
18  MARMEL, Individually; MRS     : ADVANTAGE AND DEMAND FOR
19  WORLD, INC., TANA JOHNSON,    : JURY TRIAL
20  Vice President of MRS         :
21  WORLD, INC., and TANA         :
22  JOHNSON, Individually         :
23  _____

24

PAID

25      Plaintiff, Alice Lee Giannetta (appearing Pro Se)

S/20

26  alleges against Defendants, DAVID MARMEL, as CEO of MRS

27  WORLD,INC.; and DAVID MARMEL, Individually; MRS WORLD,

28  INC.; TANA JOHNSON, Vice President of MRS WORLD INC.,

1   and TANA JOHNSON, Individually, John Doe, Jane Doe and

2   ABC Corporation, as follows:

3                         **INTRODUCTION**

4       1.   Plaintiff, Alice Lee Giannetta is an attorney

5   in the States of New York and New Jersey.  She won the

6   Mrs. New York America beauty pageant in November 2016,

7   making her the first Asian American woman to win that

8   title in the history of the pageant.

9       2.   Plaintiff then was awarded the title Mrs. Hong

10  Kong by Mrs. World Inc. in 2017 and she won the Mrs.

11  World pageant in December 2017 in Johannesburg, South

12  Africa, becoming the first woman of Chinese descent to

13  win that title since the pageant's inception.

14      3.   After   winning   the   Mrs.   World   pageant   in

15  Johannesburg, South Africa, Plaintiff became one of the

16  most  prolific  title  holders  in  the  history  of  the

17  pageant.

18      4. Plaintiff committed herself to volunteer work to

19  advocate for various charities to better the conditions

20  of  others  and  she  tirelessly  promoted  the  Mrs.  World

1  Pageant all over the world.  Defendant Marmel has

2  stated that Plaintiff was "arguably the most effective

3  and sought after Ambassador in our history" and that

4  "mere words cannot express our respect and affection"

5  to the Plaintiff "who has our deep appreciation for the

6  countless hours she [Plaintiff] devoted to travel

7  virtually non-stop globally to support and improve the

8  conditions of the many international Directors." (See

9  Exhibit A).

10     5.   The Plaintiff traveled often at her own expense

11  and was not paid for her time nor reimbursed for her

12  expenses from Defendants, Mrs. World, Inc. and/or David

13  Marmel, CEO.

14     6.   The Plaintiff also became very involved in the

15  Mrs.  World, Inc.  Organization at the request of

16  Defendant Marmel.

17     7.   Plaintiff traveled to Zhangjiajie China in

18  October 2018 with Defendant Marmel to help procure him

19  business for Mrs.  World in 2018.  Plaintiff speaks

20  fluent Mandarin Chinese, and Defendant Marmel does not.

1   He needed Plaintiff's assistance to translate and

2   communicate. Plaintiff was never paid or reimbursed for

3   her services.

4       8.   At Defendant Marmel's request, Plaintiff served

5   as Judge for the inaugural Miss For America pageant at

6   the Westgate Las Vegas in August 2019. Plaintiff was

7   never paid or reimbursed for her services.

8       9.   At Defendant Marmel's request, Plaintiff served

9   as the emcee for the Mrs. World pageant at the Westgate

10  Las Vegas in December 2019, where the contestant from

11  Sri Lanka won the show. Plaintiff was never paid or

12  reimbursed for her services.

13      10. After the Plaintiff emceed the Mrs. World

14  pageant in December 2019 in Westgate, Las Vegas,

15  Defendant Marmel, on December 8, 2019, asked Plaintiff

16  to help him procure the next Mrs. World 2021 pageant in

17  Sri Lanka. Defendant Marmel has been unable to secure

18  an international site for his Mrs. World pageants and

19  he needed assistance from the Plaintiff in order to

20  generate revenue from his international directors'

1  license fees, and to save on paying to produce his own
2  pageant.

3      11. Defendant Marmel knew that the Plaintiff has
4  extensive personal relationships with a network of
5  businesses in Sri Lanka, and the Defendant Marmel asked
6  Plaintiff to leverage her personal connections to
7  facilitate the Mrs. World 2021 pageant in Sri Lanka.

8      12. From Marmel's December 2019 request until
9  present, and at all relevant times, Plaintiff has acted
10 with full transparency and full authorization of
11 Marmel, in all of her interactions with her Sri Lanka
12 partners, including entering into a legal binding
13 contract with said parties.

14     13. On or before May 4, 2020, Defendant Marmel and
15 Defendant Johnson authored, published, and distributed
16 a malicious and false press release to intentionally
17 defame the Plaintiff.

18     14. Said libelous press release is attached. (See
19 Exhibit B).

1    15. On or before May 4, 2020, Defendant Marmel and

2    Defendant Johnson emailed said libelous press release

3    to many third parties and associates of the Plaintiff

4    including but not limited to Mr. Udara Karunetillake,

5    CEO of Vogue Jewelers, causing Vogue Jewelers to attach

6    and cite to the libelous press release in his email to

7    the Plaintiff and to terminate his business dealings

8    with the Plaintiff on or about May 7, 2020. (See

9    Exhibit C).

10    16. The Plaintiff has been irreparably harmed by

11    the Defendant's unlawful and libelous defamatory

12    statements.

13    17. By this action, Plaintiff seeks to hold the

14    Defendants accountable for their malicious and

15    reprehensible conduct.

16                              **PARTIES**

17

18    18. Plaintiff is a licensed New York and New Jersey

19    attorney who has won numerous beauty pageants including

20    the Mrs. World pageant in December 2017.

1      19. Defendant, David Marmel is the CEO and owner of

2  Mrs. World, Inc., a California Corporation.

3      20. Tana Johnson, is the Vice President of Mrs.

4  World, Inc.

5

6                    **JURISDICTION AND VENUE**

7      21. The court has subject matter jurisdiction over

8  Plaintiff's claim for defamation pursuant to 28 USC §

9  1332(a)(2) because the claim is between citizens of

10  different states and the amount in controversy exceeds

11  $75,000.00.

12      22. Plaintiff is a citizen of New York. Defendant

13  Marmel is a citizen of California. Defendant Johnson

14  is a citizen of Montana. Defendant Mrs. World, Inc. is

15  a citizen of California.

16      23. Venue is appropriate in this judicial district

17  pursuant to 28 USC § 1391(b)(3) because defendants are

18  subject to personal jurisdiction in this district.

19      24. This court has personal jurisdiction over

20  defendants because each defendant conducts business

1   and/or owns a property in California, therefore each

2   defendant has sufficient contacts with the State of

3   California as to render the exercise of jurisdiction

4   over them proper.

5       25. The claim alleged herein arise from defendants

6   contacts with the State of California.

7

8                            **FACTS**

9       26. The Plaintiff is a former titleholder the of

10  Mrs. New York America, Mrs. Hong Kong and Mrs. World

11  pageants.

12      27. On or about December 8, 2019, the Plaintiff was

13  approached by Defendant, David Marmel and was asked if

14  she can help him procure the next Mrs. World 2021 show

15  in Sri Lanka.

16      28. In January 2020, Defendant Marmel had numerous

17  phone conversations with the Plaintiff and Defendant

18  Marmel instructed and authorized the Plaintiff to open

19  a bank account to received Sri Lanka revenues and all

20  revenues pertaining to the Mrs. World 2021 show.

1    29. Pursuant to Marmel's instructions, the

2    Plaintiff registered an LLC Corporation titled Mrs.

3    World, LLC with a corresponding bank account for the

4    purpose of operating and facilitating the logistics of

5    Mrs. World 2021 pageant.

6    30. From on or about December 9, 2019 to on or

7    about January 29, 2020 the Plaintiff contacted many

8    people in her personal network in Sri Lanka, heretofore

9    called the "Sri Lanka Partners", and through a course

10   of lengthy negotiations, came to an agreement whereby

11   the Sri Lanka Partners would host the Mrs. World

12   Pageant 2021 in November of 2020.

13   31. The Plaintiff singlehandedly procured,

14   facilitated, and negotiated this deal for the Mrs.

15   World 2021 pageant with the Sri Lankan Partners through

16   her own efforts and time.

17   32. These Sri Lanka Partners had no prior

18   relationship with Defendant Marmel or Defendant

19   Johnson. The Sri Lanka Partners were solely personal

20   contacts of the Plaintiff.

33. On or about January 29, 2020 the Sri Lanka Partners emailed Defendant David Marmel to notify him that the Plaintiff secured a $75,000.00 deal to host Mrs. World 2021 Pageant in November, 2020 along with the corresponding bank account information which belonged to the Plaintiff under her corporation, Mrs. World, LLC. (See attached Exhibit D)

34. Also, on or about January 29, 2020 the Defendant, David Marmel emailed the Plaintiff acknowledging the email he received from the Sri Lanka Partners and stated to the Plaintiff "you deserve it all". (See Exhibit E)

35. On or about February 8, 2020, Defendant David Marmel emailed the Plaintiff congratulating the Plaintiff on securing the contract and notifying the Plaintiff that she controls all parts of the pageant and that the property is hers. (See attached Exhibit F)

36. On or about February 18, 2020 the Defendant, David Marmel sent an inspirational email to the

1   Plaintiff stating, "go get them tiger".  (See Exhibit

2   G)

3       37. On or about February 27, 2020, the Defendant

4   David Marmel sent a letter to the Sri Lanka Partners

5   authorizing the Plaintiff to accept all funds and make

6   all executive decisions regarding the Mrs. World

7   pageant.  Incorporated in that letter the Defendant

8   specifically authorized Sri Lanka Partners to send all

9   funds to Mrs. World, LLC bank account and further

10  authorized the Sri Lanka Partners to change the

11  contract from Mrs. World, Inc. to Mrs. World, LLC., a

12  corporation owned by the Plaintiff.  (See Exhibit H)

13      38. On or about February 29, 2020 the Plaintiff

14  flew to Colombo, Sri Lanka to finalize the

15  negotiations, sign the contract, and attend the press

16  conference for the Mrs. World 2021 pageant. Plaintiff

17  played a major role in the press conference in Colombo

18  to launch the Mrs. World 2021 pageant. (See Exhibit I).

19      39. Plaintiff paid for her own flight and travel

20  expenses and was not reimbursed by the Defendants.

1    40. On or about or about March 2, 2020 the

2    Defendant, David Marmel emailed the Plaintiff that he

3    has "serious health issues" and authorized the Sri

4    Lanka Partners to forward funds to the Plaintiff's bank

5    account. (See Exhibit J)

6    41. On or about March 2, 2020, the Defendant, David

7    Marmel emailed one of the Sri Lanka Partners, a local

8    event planner Rishini Weeraratne, confirming a phone

9    conversation that Defendant Marmel had with Rishini

10   Weeraratne while he was under medical care, authorizing

11   the funds to be sent to the Plaintiff and her

12   corporation, Mrs. World, LLC. This email was forwarded

13   by Defendant Marmel to the Plaintiff. (See Exhibit K)

14   42. On or about March 3, 2020 the Defendant, David

15   Marmel was unable to produce a Certificate of

16   Incorporation for Mrs. World, Inc. as required by the

17   Sri Lanka Partners. (See Exhibit L).

18   43. Also on or about March 3, 2020, while the

19   Plaintiff was in Sri Lanka trying to finalize the

20   contract and to attend the press conference, she had a

1    telephone conversation with Defendant David Marmel, who

2    advised that Plaintiff he was diagnosed with esophagus

3    and upper stomach cancer and was under intense

4    chemotherapy treatment.

5        44. On or about March 6, 2020, the Defendant, David

6    Marmel emailed the Plaintiff that he was undergoing

7    chemotherapy treatment.  (See Exhibit M)

8        45. Also, on or about March 7, 2020 the Defendant,

9    David Marmel authorized the Plaintiff and Mrs. World,

10   LLC to handle all matters pertaining to the Mrs. World

11   2021 pageant scheduled for November 2020. (See Exhibit

12   N)

13       46. On or about April 10 through on or about April

14   30, 2020 the Defendant, David Marmel and the Plaintiff

15   had numerous communications regarding the possibility

16   of Plaintiff purchasing Mrs. World, Inc. from the

17   Defendant.

18       47. On or about April 28, 2020 the Defendant David

19   Marmel emailed the Plaintiff requesting that the

1   deposit money she collected from the Sri Lanka Partners

2   be forwarded to Mrs. World, Inc. (See Exhibit O)

3      48. On or before April 30, 2020 it was concluded

4   that the Plaintiff and the Defendant David Marmel could

5   not come to an agreement on the purchase of the

6   company.

7      49. When the Plaintiff advised the Defendant David

8   Marmel that she cannot forward the funds to Mrs. World,

9   Inc. since the contract is between the Sri Lanka

10   Partners and Mrs. World, LLC, a corporation owned by

11   the Plaintiff, the Defendant became extremely irate and

12   the relationship deteriorated to a point where the

13   Plaintiff terminated her relationship with Mrs. World,

14   Inc.

15      50. As a result of the foregoing, the Defendant,

16   David Marmel became very soured and disgruntled with

17   the Plaintiff.

18      51. On or about May 3, 2020, Defendant Johnson

19   posted on the Mrs. World Facebook account that the

20   Plaintiff has been dismissed and removed from office.

1    52. Upon information and belief, on or before May

2    4, 2020, Defendants Marmel and Johnson emailed the said

3    libelous press release to the Sri Lankan Partners. (See

4    Exhibit B).

5    53. The Defendants did not stop there.  On or

6    before May 4, 2020, out of malice intent and

7    wrongdoing, Defendant Johnson published, circulated,

8    and posted the defamatory press release (Exhibit B) on

9    a Mrs. America Pageant Facebook group hosting more than

10   50 Mrs. America directors and affiliates along with

11   emailing a copy of the said press release directly to

12   the Sri Lanka Partners.

13   54. Incorporated in the libelous press release,

14   Defendant Johnson specifically refers to the Sri Lanka

15   Partners and in an attempt to create discord between

16   the Plaintiff and the Sri Lanka Partners with purpose

17   to disrupt the contract that the Plaintiff entered

18   into. Defendant Johnson wrote: " I don't hesitate to

19   add this final but appropriate action was taken as a

20   result of the series of **blatant lies and other half**

1    **truths** she [Plaintiff] stupidly communicated in writing

2    to the Sri Lanka Organizing Committee and us - all of

3    which became a matter of record."   (See attached

4    Exhibit B)

5        55. From the reading of the libelous press release

6    it is obvious that it was not only posted on social

7    media but was also sent directly to the Sri Lanka

8    Partners.

9        56. Defendants also defamed the Plaintiff in the

10   press release by claiming that the Plaintiff and her

11   LLC misrepresented as the owners of Mrs. World, "She

12   even inserted in the official agreement that she and

13   her company were the owners of Mrs. World." (See

14   Exhibit B).

15       57. In this defamatory and libelous press release,

16   the Defendants maliciously claim that the Plaintiff

17   **misappropriated** the funds and revenues from the Sri

18   Lanka Partners and Mrs. World and in fact called the

19   Plaintiff a **"liar and a thief"**. (See Exhibit B).

1    58. The press release further goes on to state that

2    Defendant, David Marmel, who is undergoing chemotherapy

3    for esophagus and stomach cancer, "is healthy and

4    probably more fit than the Plaintiff and hopes to

5    outlive her by many years". (See Exhibit B).

6    59. Notwithstanding, the press release also

7    attempts to interfere with the Plaintiff's future

8    economic interest by directly addressing her creating

9    of her own pageant competition company, and urging

10   others to not join the Plaintiff: "We have little

11   interest in the reports of she creating her own

12   competition. She will probably adopt a title similar to

13   Mrs. World in order to cause confusion and unrest.

14   **Don't be dragged into her now well known web of**

15   **ugliness, The spots on the Leopard do not change"** (See

16   Exhibit B).

17   60. Defendants' Press Release penultimate paragraph

18   stated: **"If any of you paid monies to her [Plaintiff]**

19   **for any purported Mrs. World related purpose - that's**

20   **money stolen! We urge you demand it returned to you**

1   **immediately. She [Plaintiff] had no authorization from**

2   **Mrs. World to accept revenues for any reason. Failure**

3   **for her [Plaintiff] to return said sums in our opinion**

4   **elevates the matter to a criminal level. We would**

5   **suggest you approach the US Consulate to report the**

6   **issue for their advice. We regret all of this but it's**

7   **done not by us!**   (See Exhibit B).

8       61. Notwithstanding, on or about May 6, 2020 the

9   Plaintiff received an email from the Sri Lanka Partners

10  indicating that they negotiated with the Defendants,

11  David Marmel and Mrs. World, Inc. and entered into a

12  contract to host the Mrs. World Pageant 2021, the same

13  deal that the Plaintiff negotiated and contracted with,

14  with all the parties that were procured exclusively by

15  the Plaintiff.   (See Exhibit P)

16      62. Also on or about May 6, 2020 Defendant Johnson

17  posted a Mrs. World press release on the Mrs. World

18  official public Facebook page stating that the

19  Defendants, David Marmel and Mrs. World, Inc. have

20  confirmed that the pageant in Sri Lanka,

1   notwithstanding Covid-19 will go forward, with the

2   exact same partners that the Plaintiff painstakingly

3   procured.  (See attached Exhibit Q)

4       63. On or about May 7, 2020 the Plaintiff received

5   an email from Vogue Jewellers, the main Sri Lanka

6   sponsor, a sponsor procured exclusively by the

7   Plaintiff, demanding return of the deposit monies

8   citing exclusively to the defamatory press release they

9   received from the defendants.  (See attached Exhibit C)

10      64. Plaintiff has demanded from all Defendants the

11   immediate removal of the defamatory press release from

12   their social media posts as well as posting a

13   retraction and apology.

14      65. The statements made by the Defendants in the

15   defamatory press release were not privileged, they were

16   intended to be and are false and malicious and were

17   made with reckless disregard to the truth.  They were

18   made with intentions to not only terminate the contract

19   the Plaintiff procured with the Sri Lanka Partners, but

1  to also prevent the Plaintiff from entering into any

2  future contracts in the pageant world business.

3

4                    **FIRST CAUSE OF ACTION**

5                       **(Libel – Per Se)**

6

7     66. The Plaintiff restates and realleges the

8  allegations set forth in Paragraphs 1-65 and

9  incorporates them by reference.

10    67. On or before May 4, 2020 the Defendants, David

11 Marmel, Tana Johnson, and Mrs. World, Inc. published

12 the defamatory press release on Mrs. World Inc.'s

13 Facebook group where there are more than 50 Mrs.

14 America directors and affiliates.

15    68. A copy of the defamatory press release was also

16 emailed to the Sri Lanka Partners.

17    69. In the press release, the Defendants make

18 numerous statements which are bold faced lies.

1   70. Also in the press release, the Defendants claim

2   the Plaintiff made **blatant lies or half truths** in

3   writing to the Sri Lanka Partners.

4   71. This statement is false.

5   72. All statements made to the Sri Lanka Partners

6   were true and with full authority and transparency of

7   Defendant, David Marmel.

8   73.  Also in the press release, the Defendants

9   claim the Plaintiff represented herself and her LLC to

10  be the Owners of Mrs. World Inc. in official

11  agreements.

12  74. This statement is false.

13  75. In all official agreements and contracts with

14  Sri Lankan Partners, the Plaintiff and her LLC were

15  clearly defined as the license holders of the Mrs.

16  World 2021 Pageant, not owners of Mrs. World Inc. (See

17  Exhibit R).

18  76. Also in the press release the Defendants claim

19  that the Plaintiff has called into question the health

1   of David Marmel and, in fact, that he is healthy and

2   will probably outlive the Plaintiff.

3      77. This statement also is false.

4      78. The Defendant, David Marmel is approximately 84

5   years old and is undergoing aggressive chemotherapy

6   treatment for esophagus and upper stomach cancer.

7      79. Not only did he directly tell the Plaintiff his

8   medical condition, but it is also addressed in emails

9   he drafted. (See Exhibit M)

10      80. The most egregious part of the defamatory press

11   release is the statement claiming that any monies paid

12   to the Plaintiff from the Sri Lanka Partners was money

13   **"stolen,"** and that the Plaintiff had **no authorization**

14   **from Mrs. World to accept any revenues to for any**

15   **reason and that this action rises to a criminal level.**

16      81. These statements are also false.

17      82. The Defendants individually and collectively

18   published this defamatory press release knowing that

19   the statements therein were false.

83. Plaintiff is entitled to general damages for harm to her property, business, trade, profession, occupation, expenses, harm to her reputation, and shame, mortification or hurt feelings caused by the defamatory statements in accordance with the proof at trial.

84. The Defendants, individually and collectively, acted with reckless, willful and callous disregard for Plaintiff's rights with malice, fraud or oppression, entitling the Plaintiff of an award of punitive damages in accordance with the proof at trial.

85. Plaintiff has demanded that the Defendants remove the defamatory press release from their social media and issue a retraction and an apology.

86. This demand has not been complied with as of date.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff respectfully prays for judgment against the Defendants for:

1    1.   Compensatory damage in excess of Three Million

2    Dollars; or as will be proven at trial;

3    2.   Punitive Damages;

4    3.   Prejudgment Interest;

5    4.   Attorneys Fees

6    5.   Cost of suit;

7    6.   Injunctive relief ordering Defendants to remove

8    post and post a retraction and apology;

9    7.   Other relief as the Court deems just and proper

10

11                    **SECOND CAUSE OF ACTION**

12      **(Intentional Interference with Prospective Economic**

13                          **Advantage)**

14

15    87. The   Plaintiff   restates   and   realleges   the

16    allegations   set   forth   in   Paragraphs   1-86   and

17    incorporates them by reference.

18    88. Plaintiff had an existing business relationship

19    with the Sri Lanka Partners.

1    89. Plaintiff's corporation, Mrs. World, LLC had a

2  firm contract entered into with the Sri Lanka Partners

3  to host a Mrs. World pageant 2021 for $75,000.00.

4    90. As a result of the defamatory press release

5  emailed directly to the Sri Lanka Partners, the Sri

6  Lanka Partners advised the Plaintiff that they no

7  longer were interested in doing business with her and

8  that they, in fact, had contracted directly with the

9  Defendants.

10    91. Furthermore, both the Sri Lanka Partners and

11  the Defendants confirmed in writing and on social media

12  that all parties procured by the Plaintiff for the Mrs.

13  World 2021 Pageant were on board with the Defendants to

14  host said pageant.

15    92. The Defendants improperly interfered with the

16  Plaintiffs prospective business relationships by

17  sending these defamatory emails to the Sri Lanka

18  Partners.

19    93. These false statements are intentionally

20  designed to disrupt the prospective business

1   relationship   by   damaging   the   reputation   of   the
2   Plaintiff with the Sri Lanka Partners.

3      94. The     Defendants     false     statements     are
4   independently wrongful because they constitute libel.

5      95. The Defendants made the false statement with
6   intent to disrupt the business relationship between the
7   Plaintiff and the Sri Lanka Partners.

8      96. It is foreseeable that making defamatory false
9   statements would result in harm to the Plaintiff.

10     97. Notwithstanding,   in   the   defamatory   press
11  release   published   by   the   Defendants,   the   Defendants
12  specifically   address   Plaintiff   creating   her   own
13  company, which would in fact be a direct competitor of
14  the Defendants.   By publishing this defamatory press
15  release on the Mrs. World Facebook account hosting more
16  than 50 Mrs. America pageant directors and associates,
17  it is the Defendants' intent to prevent the Plaintiff
18  from procuring any future pageant business.

19

20

1                            **PRAYER FOR RELIEF**

2      **WHEREFORE,** Plaintiff respectfully prays for

3   judgment against the Defendants as follows:

4      1.  General damages in the amount to be proven at

5   trial;

6      2.  Injunctive relief;

7      3.  Preventing the Defendants from repeating the

8   aforementioned falsehoods;

9      4.  Awarding Plaintiff's costs of this action

10  including attorney's fees;

11     5.  Granting other relief in which the Court may

12  deem just and proper.

13

14                      **THIRD CAUSE OF ACTION**

15      **(False Light (Invasion of Privacy)- Plaintiff)**

16

17     98. The Plaintiff restates and realleges the

18  allegations set forth in Paragraphs 1-97 and

19  incorporates them by reference.

1      99.   Defendant   Marmel   and  Defendant   Johnson

2 authored, published, and distributed the libelous press

3 release (Exhibit B) to the Sri Lankan Partners and to

4 more than 50 Mrs. America Directors and affiliates, in

5 order to maliciously defame, humiliate, isolate and

6 ridicule the Plaintiff.

7      100.  By  publishing  the  libelous  press  release

8 (Exhibit B) which stated that the Plaintiff engaged in

9 **criminal behavior** and **stole money** from the Defendants,

10 the Defendants placed the Plaintiff into a false light

11 that is highly offensive to reasonable people.

12      101.  When Defendant Marmel and Defendant Johnson

13 published the libelous press release, they knew that

14 the press release were false and would place the

15 Plaintiff into a false light, or has serious doubts

16 about their truth and their effect of placing the

17 Plaintiff into a false light.

18                     **PRAYER FOR RELIEF**

19    **WHEREFORE,**  Plaintiff  respectfully  prays  for

20 judgment against the Defendants as follows:

1.   General damages in the amount to be proven at trial;

2.   Injunctive relief;

3.   Preventing the Defendants from repeating the aforementioned falsehoods;

4.   Awarding Plaintiff's costs of this action including attorney's fees;

5.   Granting other relief in which the Court may deem just and proper.

July 13, 2020                    Respectfully submitted,

Alice Lee Giannetta,

Pro Se Plaintiff

alicelee705@gmail.com

917-576-6862

# Exhibit A





Dear Contestants, Directors and Guests —

Welcome to Mrs World 2019

The first Pageant Competition produced to honor the married woman - her family - community and country was Mrs World premiering 1984 in Honolulu Hawaii. It was the FIRST, acclaimed annually, as the FOREMOST and, for the third consecutive year, voted the world's BEST in the married genre. Since, it has left its indelible footprint on every country around the world.

It's beyond wonderful to produce this version at the spectacular Westgate Las Vegas Resort and Casino, the original home of Mrs. America.

Our Hosts David and Jacqueline Siegel, have our deep and sincere thanks for their award-winning generosity. Every day in their care is a red carpet moment — a one-of-a-kind experience! The Westgate staff under the President and General Manager Cami Christensen, the incomparable Director of Catering and Convention Services Christopher Duperre, Senior Director of Catering Kenny Rattigan and Vice President of Sales Michael Luther have no equals in the Resort Industry - Las Vegas nor elsewhere!

Mere words cannot express our respect and affection to the reigning Mrs. World Alice Lee Giannetta who has our deep appreciation for the countless hours she devoted to travel virtually non-stop globally to support and improve the conditions of so many international Directors. Arguably, Alice was the most effective and sought after Ambassador in our history.

And hearty congratulations to our International Directors and to the remarkable Class of Women who comprise the Mrs. World 2019 Sorority of Sisters - one of whom tonight will have her life and that of her family changed forever.

Let the Competition begin —

Sincerely,



David & Elaine Marmel

# Exhibit B



Dear Mrs. World Family,

It is our profound hope that you and your loved ones are healthy and safe. We pray that remains.
First the good news. Be aware and be confident that our 2021 Mrs. World Pageant scheduled for this coming November in Sri Lanka remains solidly on schedule. Merely days ago their Organizing Committee in Sri Lanka restated their unwavering commitment to produce the international television production in their state of the art theater - with all contestants and staff billeted in The Kingsbury five star hotel. It will be luxurious and yet another spectacular contestant experience in the glorious four decade long prestigious history of Mrs. World.

It was previously announced our former associate and now disgraced ex Mrs. World Alice Lee has been sacked - removed of her title - authority - influence - office and warned to Cease and Desist any and all Mrs. World related business - contacts and activities. I don't hesitate to add this final but appropriate action was taken as a result of the series of blatant lies and other half truths she stupidly communicated in writing to the Sri Lanka Organizing Committee and us  - all of which became a matter of record . She even inserted in the official agreement that she and her company were the owners of Mrs. World. Further the record reflects Alice misappropriated Sri Lankan / Mrs. World revenues and refuses to return the monies to either party. In our judgement that renders her a liar and a thief.

Recently she called into question the health of David Marmel. More of her deceit and lies. I'm delighted to report he is healthy - working daily on our various enterprise - probably more fit than she and hopes to outlive her by many years. He and Elaine sends their best wishes to you.

We have little interest in the reports of she creating her own competition. She will probably adopt a title similar to Mrs. World in order to cause confusion and unrest. Don't be dragged into her now well known web of ugliness, The spots on the Leopard do not change. She unfortunately has demonstrated her abundant lack of character and ugly biting of the hand that fed her as we did.
We don't wish her turbulence or negativity in her life. We are merely relieved and happy she is out of ours.
In the event she has in any way mistreated or misguided you during her brief association with us please describe the details as we will make every possible effort to rectify her abuse.

If any of you paid monies to her for any purported Mrs. World related purpose - that's money stolen! We urge you demand it returned to you immediately. She had no authorization from Mrs. World to accept revenues for any reason. Failure for her to return said sums in our opinion elevates the matter to a criminal level. We would suggest you approach the US Consulate to report the issue for their advice. We regret all of this but it's done not by us!

So it's all good and we expect it will remain so. We cherish your valued relationship with Mrs. World voted the best and most prestigious in the World for three consecutive years.

Stay well
Warm regard,

Tana Johnson
Vice President
Mrs. World Inc.

# Exhibit C

 Gmail                                   **Mrs AliceLee G <alicelee705@gmail.com>**

## Mrs World 2021- Refund

8 messages

**UDARA KARUNATILLAKE** <udara@voguejewellers.com>            Thu, May 7, 2020 at 1:28 PM
To: Alice Lee <alicelee705@gmail.com>
Cc: "G.G. Arulpragasam" <g.g.arulpragasam93@gmail.com>, ANURA HEMACHANDRA <md@voguejewellers.com>,
NANDANA HERATH <herath@voguejewellers.com>, NERANJALA DAYANANDA <neranjala@voguejewellers.com>,
MANAGER MARKETING <manager_marketing@voguejewellers.com>, Rishini Weeraratne <Rish@rishini.com>, Tana
Johnson <vppageants@gmail.com>, cjstory82 <cjstory82@gmail.com>


Dear Ms. Alice,

### RE : EVENT TITLE SPONSOR AGREEMENT DATED 04.03.2020 ATTESTED BY MR G G ARULPRAGASAM ENTERED BETWEEN [A] VOGUE JEWELLERS (PRIVATE) LIMITED, [B] THE COLOMBO LIFESTYLE COMPANY (PRIVATE) LIMITED [C] MR. CHANDIMA NUWAN JAYASINGHA & [D] MRS. WORLD LLC


We wish to draw your attention to the above Agreement entered between our Company [A] Vogue Jewellers (Private) Limited, [B] The Colombo Lifestyle Company (Private) Limited [C] Mr. Chandima Nuwan Jayasingha & [D] Mrs. World LLC and you acted as a registered Agent for and on behalf of Mrs. World LLC and signed the aforesaid Agreement.

Subsequent to signing the aforesaid Agreement and acting in terms of the Article      Five i(a) of the aforesaid Agreement, our Company remitted the 1st installment of      US $ 25,000 to the Account given by you - Mrs. World LLC.

We are now made to understand that you are no longer holding any position or working in the Company "Mrs. World LLC" and furthermore, we are in receipt of a Press Release issued by Ms. Tana Johnson, Vice President of Mrs. World Inc. For your perusal copy of the said Press Release is attached herewith.

We wish to draw your attention to the penultimate paragraph of the said Press Release.

Acting in terms of the said penultimate paragraph of the said Press Release, we kindly request you to refund and remit the aforesaid payment of US $ 25,000 to us to the following account of our Company on or before the 16th of May 2020.

Account No : 1150 - 100 - 52941
Beneficiary Name : Vogue Jewellers (Pvt) Ltd
Beneficiary Address : No. 528 , Galle Road, Colombo 03, Sri Lanka
Bank : Hatton National Bank
Bank Address : No. 324 Galle Road Colombo 03, Sri Lanka
Swift Code : HBLILKLX
Bank Code : 7083
Branch Code : 115


Thank you
With best regards

## Udara Karunatillake
**CHIEF EXECUTIVE OFFICER**



528, Galle Road, Colombo 3, Sri Lanka.
Tel      : 9411 5414414
Fax     : +9411 2573742
e-mail  : udara@voguejewellers.com
Web     : www.voguejewellers.com



**2 attachments**

📎 **Bank Details Vogue Jewellers Sri Lanka.pdf**
   112K

📎 **Mrs. World Press Release (3) (1).pdf**
   104K

---

**Alice Lee** <alicelee705@gmail.com>                                Thu, May 7, 2020 at 1:39 PM
To: Mohamed Adamaly <madamaly@gmail.com>

Sent from my iPhone

Begin forwarded message:

> **From:** UDARA KARUNATILLAKE <udara@voguejewellers.com>
> **Date:** May 7, 2020 at 1:29:54 PM EDT
> **To:** Alice Lee <alicelee705@gmail.com>
> **Cc:** "G.G. Arulpragasam" <g.g.arulpragasam93@gmail.com>, ANURA HEMACHANDRA
> <md@voguejewellers.com>, NANDANA HERATH <herath@voguejewellers.com>, NERANJALA
> DAYANANDA <neranjala@voguejewellers.com>, MANAGER MARKETING <manager_marketing@
> voguejewellers.com>, Rishini Weeraratne <Rish@rishini.com>, Tana Johnson <vppageants@gmail.com>,
> cjstory82 <cjstory82@gmail.com>
> **Subject: Mrs World 2021- Refund**

[Quoted text hidden]

---

**2 attachments**

📎 **Bank Details Vogue Jewellers Sri Lanka.pdf**
   112K

📎 **Mrs. World Press Release (3) (1).pdf**
   104K

Attachment to
Exhibit C



Dear Mrs. World Family,

It is our profound hope that you and your loved ones are healthy and safe. We pray that remains.
First the good news. Be aware and be confident that our 2021 Mrs. World Pageant scheduled for this coming November in Sri Lanka remains solidly on schedule. Merely days ago their Organizing Committee in Sri Lanka restated their unwavering commitment to produce the international television production in their state of the art theater - with all contestants and staff billeted in The Kingsbury five star hotel. It will be luxurious and yet another spectacular contestant experience in the glorious four decade long prestigious history of Mrs. World.

It was previously announced our former associate and now disgraced ex Mrs. World Alice Lee has been sacked - removed of her title - authority - influence - office and warned to Cease and Desist any and all Mrs. World related business - contacts and activities. I don't hesitate to add this final but appropriate action was taken as a result of the series of blatant lies and other half truths she stupidly communicated in writing to the Sri Lanka Organizing Committee and us - all of which became a matter of record . She even inserted in the official agreement that she and her company were the owners of Mrs. World. Further the record reflects Alice misappropriated Sri Lankan / Mrs. World revenues and refuses to return the monies to either party. In our judgement that renders her a liar and a thief.

Recently she called into question the health of David Marmel. More of her deceit and lies. I'm delighted to report he is healthy - working daily on our various enterprise - probably more fit than she and hopes to outlive her by many years. He and Elaine sends their best wishes to you.

We have little interest in the reports of she creating her own competition. She will probably adopt a title similar to Mrs. World in order to cause confusion and unrest. Don't be dragged into her now well known web of ugliness, The spots on the Leopard do not change. She unfortunately has demonstrated her abundant lack of character and ugly biting of the hand that fed her as we did.
We don't wish her turbulence or negativity in her life. We are merely relieved and happy she is out of ours.
In the event she has in any way mistreated or misguided you during her brief association with us please describe the details as we will make every possible effort to rectify her abuse.

If any of you paid monies to her for any purported Mrs. World related purpose - that's money stolen! We urge you demand it returned to you immediately. She had no authorization from Mrs. World to accept revenues for any reason. Failure for her to return said sums in our opinion elevates the matter to a criminal level. We would suggest you approach the US Consulate to report the issue for their advice. We regret all of this but it's done not by us!

So it's all good and we expect it will remain so. We cherish your valued relationship with Mrs. World voted the best and most prestigious in the World for three consecutive years.

Stay well
Warm regard,

Tana Johnson
Vice President
Mrs. World Inc.

Exhibit D

 **Gmail**                                        **Mrs AliceLee G <alicelee705@gmail.com>**

## Re: Fwd: Re. Mrs World 2021

2 messages

**dmarmel282@aol.com** <dmarmel282@aol.com>                     Wed, Jan 29, 2020 at 2:35 PM
To: alicelee705@gmail.com

Dear Chandimal

Thank you for your welcomed email message not the least of which confirmed Mrs World 2020 shall be produced in the
wonderful island nation of Sri Lanka.
You have our heartiest congratulations on a job well done. It started with you and the incisive selection of Caroline Jurie to
represent Sri Lanka in our recent competition and now culminating with the welcoming of the world to Colombo next
November. All credit to you!
It's poetic that the first Mrs World title went to Rosy and this year that prestigious title is to be carried by another inspiring
daughter of Sri Lanka leading to the Pageant celebration in Colombo.

You have all of our sincere gratitude for the dedication you invested in making this happen. Many times Alice informed us
about all your many special talents and abilities. Now we see clear evidence of that view. It will be our honor to work
closely with you to be sure your organizing committee, nation and sponsors will derive the full measure of its expected
benefits.
We thank you for bringing us to this unique and exciting plateau.
Warm regards
David

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Wednesday, January 29, 2020, alicelee705@gmail.com <alicelee705@gmail.com> wrote:

    Good morning Good looking
    Here's his email
    Congratulations
    You deserve it all !
    Love to you and your horse
    D

    Sent from AOL Mobile Mail
    Get the new AOL app: mail.mobile.aol.com

    On Wednesday, January 29, 2020, cj story <cjstory82@gmail.com> wrote:

        Dear Mr. David,

        Hope you're well. I just wanted to write to you and keep you updated on all the newest developments that have taken place in
        Colombo, Sri Lanka with regards to the Mrs. World 2021 pageant.

        We confirmed via writing with Alice the sponsorship we secured with the Hospitality Partner, The Kingsbury Hotel, Colombo.
        We also confirmed with Alice that the following payment will be wired to your Corporate Bank Account in New York:

        (1) Event Franchise Fee: USD $ 50,000
        (2) Air Ticket Fees: USD $ 25,000
        (3) Total Fee Payable: USD $ 75,000

        The payments will be wired to the Bank Account noted in the attachment below.
        I am excited to host Mrs. World 2021 in Sri Lanka and I look forward to meeting you in person sometime soon.

        Regards,
        Chandimal Jayasinghe

# Attachment to
# Exhibit D



Miss A. R. Weeraratne,
Event Consultant,
59/2 Edmonton Road,
Kirulapona, Colombo 05,
Sri Lanka

28th January 2020

Dear Ms. Weeraratne,

We are pleased to collaborate with you and our National Director, Mr. C. Jayasinghe to produce the Mrs. World 2021 international pageant in Colombo Sri Lanka at the Kingsbury Hotel from the 12th to the 21st of November 2020.

As agreed, please wire within 5 business days, the Event Franchise Fee of $50,000 USD and the Event Logistics Fee of $25,000 USD to our company bank account listed below:

International Wire Information:
**Mrs. World LLC**
Account#: 483072855570
Routing#: 021000322
Swift Code: BOFAUS3N
Bank of America, NA
222 Broadway
New York, New York 10038
United States of America

Please take note to include the period "." in our full company name **"Mrs. World LLC"** when sending the wire. We look forward to working with you to produce a successful Mrs. World 2021 International Competition!

Sincerely,

Alice Lee Giannetta, Esq.
Chief Business Development Officer
Mrs. World LLC



Exhibit E

 Gmail

**Mrs AliceLee G <alicelee705@gmail.com>**

## Fwd: Re. Mrs World 2021
1 message

**dmarmel282@aol.com** <dmarmel282@aol.com>                        Wed, Jan 29, 2020 at 1:16 PM
To: alicelee705@gmail.com

Good morning Good looking
Here's his email
Congratulations
You deserve it all !
Love to you and your horse
D

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Wednesday, January 29, 2020, cj story <cjstory82@gmail.com> **wrote:**

Dear Mr. David,

Hope you're well. I just wanted to write to you and keep you updated on all the newest developments that have taken place in Colombo, Sri Lanka with regards to the Mrs. World 2021 pageant.

We confirmed via writing with Alice the sponsorship we secured with the Hospitality Partner, The Kingsbury Hotel, Colombo. We also confirmed with Alice that the following payment will be wired to your Corporate Bank Account in New York:

(1) Event Franchise Fee: USD $ 50,000
(2) Air Ticket Fees: USD $ 25,000
(3) Total Fee Payable: USD $ 75,000

The payments will be wired to the Bank Account noted in the attachment below.
I am excited to host Mrs. World 2021 in Sri Lanka and I look forward to meeting you in person sometime soon.

Regards,
Chandimal Jayasinghe
National Director (Sri Lanka)



**Bank Wire Information for Mrs.  World 2021 (1).pdf**
131K

Exhibit F

Gmail - (no subject)

 Gmail                                    **Mrs AliceLee G <alicelee705@gmail.com>**

---

## (no subject)
1 message

---

**dmarmel282@aol.com** <dmarmel282@aol.com>                      Sat, Feb 8, 2020 at 1:13 AM
To: alicelee705@gmail.com

Alice

It late Saturday night here in LaLa Land and only now have I read the sensational news about your triumph.
Congratulations is not a strong enough proclamation to fit the occasion as it somehow fails to elevate to the level of your amazing accomplishment.
I am so proud of you but not the least bit surprised that you pulled it off. You are beyond amazing and have every right to revel as you take your deserved victory lap. You did it - you beat the odds - beat the system and now going forward you must be careful to maintain control. That's done by reminding them gently from time to time you control all the aspects of the pageant - their obligation is to deliver the production pieces to your property as you outline them. Final decisions are yours. Trust me - they will tend to forget that mandate at times creating problems in scheduling - production elements and more. They are the organizers - - the property is yours. Clear lines of authority are to be drawn and respected. Give them everything
they legitimately want or need but you must be the final authority. On the surface they might not like it but because you have vast knowledge of these things they will respect it. I will call you as soon as we get home to find phones.
I am so proud of you!
Love
D

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

# Exhibit G

5/8/2020                                            Gmail - Re:

 Gmail                                    **Mrs AliceLee G <alicelee705@gmail.com>**

## Re:
1 message

**dmarmel282@aol.com** <dmarmel282@aol.com>                    Tue, Feb 18, 2020 at 2:18 PM
To: alicelee705@gmail.com

Alice
Go get them Tiger!
Let this be the beginning of a whole new glorious international role for you. No one deserves it more - no one would be as
successful!
Love you
D

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Tuesday, February 18, 2020, Alice Lee <alicelee705@gmail.com> wrote:

I got the dvd ! Thank you !

Love you

Sent from my iPhone

Exhibit H



Mr. Udara Karunatillake
Vogue Jewellers Pvt Limited
No 528 Galle Road, Colombo - 3
Sri Lanka

February 27, 2020

Re: Vogue's February 27 email

Dear Mr. Karunatillake:

I write in response to your February 27 email asking for clarification in order to remit the funds.

I am the President and Chief Executive Officer of Mrs. World Incorporated.  For the purpose of Mrs. World 2021 Pageant ("Pageant") in Sri Lanka, I have authorized my  Chief Business  Development Officer, Alice Lee Giannetta, to handle all matters relating to the Pageant. Alice has the  full power and authority to perform every lawful act for the Pageant  that she deems necessary. This includes but is not limited to Alice negotiating and signing all legal binding documents, accepting all funds and making all executive decisions on behalf of Mrs. World Incorporated.

For the operational purpose of the Pageant, all funds will be sent to our Mrs. World LLC  business account which has been previously provided to you in an invoice and in the contract. This is our operating account for the Pageant.

By way of background,  because we are an iconic leader in this industry, it is common to refer to us as "Mrs. World", "Mrs. World Inc.", "Mrs. World Incorporated ", "Mrs. World Organization", and/or "Mrs. World LLC".   Despite the variation of names, it is unmistakable who we are.

For the sake of  consistency in our contract, and remittance of funds,  you can edit Mrs. World Incorporated to "Mrs. World LLC" in the contract for the Pageant.

I hope this fully satisfies your concerns. We look forward to a wonderful collaboration of the international, glamorous and beautiful production that will be Mrs. World 2021.

Warm regards,

David Marmel
President

# Exhibit I



# Come November, Sri Lanka to host Mrs World 2021

## Fashion has to be more

CEYLON TODAY

GLAMOUR 07

**SUNDAY** 8 MARCH **2020**

# Bringing Mrs World Home






**BY SABIRA SITTAMPALAM**

Sri Lanka has a long history of involvement with the Mrs World pageant, with two Sri Lankan women holding the prestigious title of Mrs World; current Colombo City Major Rosy Senanayake in 1985 and now Caroline Jurie in 2020. Over the years, the competition has been hosted at various scenic locales around the world including Australia, Israel, Hawaii and many more. This year, it has been announced that the 2021 competition will be hosted by Sri Lanka, allowing all the beauty and splendour of this country to be showcased to a global audience.

The pageant was the first competition for married women with its inception in 1984. Since then, the pageant has only striven to continuously improve their standards for competition. Now, featuring directors in 80 countries, this competition has slowly grown to be one of the largest and most successful of its genre in the world. Reigning champion, Caroline Jurie shared some of her sentiments of this year's competition, 'I think it's wonderful that the Mrs World organisation has decided to bring the competition to Sri

Lanka and I'm so proud that a huge event like this will be staged here for the first time.' Chief Business Development Officer for Mrs World and former Mrs World 2018, Alice Lee Giannetta reiterated this saying, 'This year, we at Mrs World, are so proud that on our 36th year anniversary, we get to host Mrs World here in Sri Lanka.'

This year's competition will be held in November of this year. Vogue Jewellers will act as the title partner for Mrs World 2021, offering the best of Sri Lankan jewellery; having proved themselves with the highest number of local and international awards. They have committed themselves to innovation and craftsmanship of the highest standards; bringing even the most complex designs to life and

which makes them the ideal partner for the pageant.

Hotel partner The Kingsbury and their chain of luxury resorts are strategically scattered around the island, offering some of the best service Sri Lanka can offer particularly when hosting contestants from over 80 countries in November 2020. Director of Public Relations at The Kingsbury, Amanda Fernando 'We at the Kingsbury, Amaya Resorts and Spa's are honoured to be a part of this pageant. We look forward to hosting a successful pageant and also to send a positive message out to the world about the enchanting beauty of Sri Lanka as a destination.'

National Director of Mrs World (Sri Lanka), Chandimal Jayasinghe, is co-producing the event with the

Colombo Lifestyle Company. The event management company is known for their skill in producing specialised high-end events, launches, awards ceremonies and parties and will thus serve perfectly in organising an event of this nature. Events director of the Colombo Lifestyle Company, Rishini Weeraratne also mentioned, 'We believe that this pageant will not only showcase the beauty of our paradise island to a global audience, but it will also create more opportunities for the country as a venue, being able to host such large scale events.'

CEO of GFlock, Ranil Wiladkarage also spoke about their partnership with the Mrs World pageant. 'Global platforms like Mrs World can bring people together and create positive vibes towards society. Bringing such an event to the country, making that opportunity for us is a great thing and I would like to thank the Mrs World organisation. We believe that every global platform should push society towards a multicultural, scientific and tolerant civilization which will be the ultimate solution for preserving humanity.'

*(Pix by Anuruddha Medawattegedara)*

🔒 srilankamirror.com — Private



Mar 04, 2020

# Sri Lanka to host Mrs. World 2021 pageant

     

Sri Lanka will host the Mrs World 2021 international pageant later this year, the reigning Mrs. World Mrs. Caroline Jurie announced today during a press conference held at The Kingsbury Hotel in Colombo.

Current Mrs. World Mrs. Caroline Jurie along with Mrs. World organizers announced that Sri Lanka will host the event from November 12 to 21 in Colombo.

Mrs. World 2018 Alice G. Jenata, was also present at the occasion.

The Mrs. World Organization (USA), National Director of Mrs. World (Sri Lanka), Mr. Chandimal Jayasinghe and Event Co-Producers, The Colombo Lifestyle Company will organize the event in partnership with Vogue Jewelers (PVT) Ltd., The Kingsbury Colombo and GFlock Clothing (Sri Lanka).

Exhibit J

 Gmail

**Mrs AliceLee G <alicelee705@gmail.com>**

## Re: Urgent
1 message

**dmarmel282@aol.com** <dmarmel282@aol.com>                    Mon, Mar 2, 2020 at 10:38 PM
To: alicelee705@gmail.com

Alice

I'm dealing with a very serious health issue and have throughout this gripping drama. Currently and for the next several hours I am isolated - no phone - no nothing - not even underwear. A nurse did me a huge favor to smuggle this contraption in and out.

I had a conversation with an official who called from Sri Lanka to indicate the Registration we forwarded to you was but a recent one.

I took great pains to point out ( and she accepted ) Mrs World was first Registered in 1983 and premiered in Hawaii in 1984. It has remained viable since. I outlined the list of international locations and reiterated they are to be grateful Sri Lanka was selected when we had so many others. I suppose in the rush to locate what you requested a later day "renewal was found and sent."

The lady hung up convinced of the unique global opportunity they have to showcase the customs traditions qualities landscape and people of that island nation..

I indicated I would have been there but because of my health problem.

She asked if the funds may be sent to your bank account and of course I gave full approval

Whew!

Love

D

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Monday, March 2, 2020. Alice Lee <alicelee705@gmail.com> wrote:

Hi David , I tried to call you twice but it's not going through .. can you give me a call please ? It's urgent . Love you thank you

Sent from my iPhone

Exhibit K

 Gmail

**Mrs AliceLee G <alicelee705@gmail.com>**

## Fwd: Re: Re. Certificate of Incorporation
2 messages

**dmarmel282@aol.com** <dmarmel282@aol.com>                          Mon, Mar 2, 2020 at 11:02 PM
To: alicelee705@gmail.com

Fear not. It's a done deal. No need to cover unfinished nuances. None of their business who looks after your interests there.

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Monday, March 2, 2020, dmarmel282@aol.com <dmarmel282@aol.com> wrote:

Rishi
Thank you for your telephone call today. I felt privileged to have had that short but substantive chat with you.
In support of my assurances to you that all is well and in order with respect to Mrs World Sri Lanka is the indisputable fact that I created both Mrs America in1976 and Mrs World in 1983 - have served since and continue to serve as their CEO.
Good luck and much success in your conference today. You are now the steward of the competition independently voted as the best and most important in the international genre.
Congratulations to you and your committee
Warm regards
D

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Monday, March 2, 2020, Rishini Weeraratne <rish@rishini.com> wrote:

Dear Mr. Marmel,

Greetings from Colombo, Sri Lanka. I'm Rishini Weeraratne, Director, The Colombo Lifestyle Company; the Event Organizers / Event Hosts of Mrs. World 2021 in Sri Lanka.

We have an urgent query to clarify. Attached herewith the Certificate of Formation / Incorporation shared with us by Mrs. Alice Lee Giannetta. Our lawyers are a bit puzzled. Why was the Mrs. World Organization only incorporated in January 2020? If the pageant has been held for years shouldn't the incorporation certificate reflect the same? And why is it incorporated only under Alice's name? Would appreciate if you could clarify the above at your earliest as we are due to transfer $75,000 in to a Bank Account nominated by Alice.

Thanks,
Warm regards,
Rishini

**Alice Lee** <alicelee705@gmail.com>                               Mon, Mar 2, 2020 at 11:11 PM
To: dmarmel282@aol.com

David , Rishini is the person who has been a nightmare to deal with . She runs the logistics for me here but she attempts to control everything ; and she's not even sending us the money . It's the sponsor who is sending us the money and the sponsor is lovely . Rishini attempted to stop me from talking to the hotel manager about meals , she violently objected when I obtained a local lawyer to assist us in signing the contract . She's just like a Barbarian.

But I'm happy that I got a lawyer here anyway Bc she's really insecure and rattled now knowing that she can't take advantage of us anymore going forward . Earlier today she harrassed me saying I need a company seal and I said I don't have it . She complained that she can't play Gary's video . It's just a nightmare with her .. but our sponsor who is actually sending us the money is lovely .

Love you
A

Sent from my iPhone

> On Mar 3, 2020, at 9:32 AM, dmarmel282@aol.com wrote:
>
> Fear not. It's a done deal. No need to cover unfinished nuances. None of their business who looks after your interests there.
> [Quoted text hidden]

Exhibit L

 Gmail

**Mrs AliceLee G <alicelee705@gmail.com>**

## Re: Re. Certificate of Incorporation
1 message

**dmarmel282@aol.com** <dmarmel282@aol.com>                          Tue, Mar 3, 2020 at 7:23 AM
To: alicelee705@gmail.com

You tell that lady the original certificate was issued more than four decades ago.. You may tell her I want to see her
original birth certificate.
Is it certificate  of Incorporation or Federal Registration?

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Monday, March 2, 2020, Alice Lee <alicelee705@gmail.com> wrote:

> We just finished press conference. She's making an issue again saying she won't pay unless we have original
> certificate of incorporation.
>
>
> I will update you
>
>
>
> Sent from my iPhone
>
>> On Mar 3, 2020, at 10:33 AM, dmarmel282@aol.com wrote:
>>
>> Alice
>> None of that matters now but getting the money and having the announcement-made officially. The rest
>> will follow in time.
>>
>> Sent from AOL Mobile Mail
>> Get the new AOL app: mail.mobile.aol.com
>>
>> On Monday, March 2, 2020, Alice Lee <alicelee705@gmail.com> wrote:
>>
>>> David , Rishini is the person who has been a nightmare to deal with . She runs the logistics for me
>>> here but she attempts to control everything ; and she's not even sending us the money . It's the
>>> sponsor who is sending us the money and the sponsor is lovely  . Rishini  attempted to stop me from
>>> talking to the hotel   manager about meals , she  violently objected when I obtained a local lawyer to
>>> assist us in signing the contract . She's just  like a Barbarian.
>>>
>>> But I'm happy that I got a lawyer here anyway Bc she's really insecure and rattled now knowing that
>>> she can't take advantage of us anymore going forward . Earlier today she harrassed me saying I
>>> need a company seal and I said I don't have it . She complained that she can't play Gary's video . It's
>>> just a nightmare with her .. but our sponsor who is actually sending us the money is lovely .
>>>
>>> Love you
>>> A
>>>
>>>
>>> Sent from my iPhone

Exhibit M

 Gmail

**Mrs AliceLee G <alicelee705@gmail.com>**

## (no subject)
2 messages

**dmarmel282@aol.com** <dmarmel282@aol.com>                                    Fri, Mar 6, 2020 at 6:16 PM
To: alicelee705@gmail.com

My next treatment is on the 17th - Then it takes four more days to "thaw" out.  Looks like that next Sunday / Monday
would be the most opportune.
Sorry to put you through  hoops  but the schedule is structured - at least it is at this point in time.


Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

**Mrs AliceLee G** <alicelee705@gmail.com>                                    Sat, Mar 7, 2020 at 10:12 AM
To: David Marmel <dmarmel282@aol.com>

Dear David, sure thats perfectly fine with us, no problem.  So March 22-23 (sunday and monday)?

Its a date :)

Exhibit N



March 7, 2020

Dear Sir/Madam:

I am David Marmel, President and Chief Executive Officer of Mrs. World Incorporated.

I authorize Alice Lee Giannetta and Mrs.World LLC, to handle all matters relating to the Mrs. World 2021 Pageant and Mrs. World Incorporated.

Alice has the  full power and authority to perform every lawful act that she deems necessary. This includes but is not limited to Alice negotiating and signing all legal binding documents, accepting all funds and making all executive decisions on behalf of Mrs. World Incorporated.

Warm regards,

David Marmel
President

Exhibit O

5/8/2020                                        Gmail - (no subject)

 Gmail                                   **Mrs AliceLee G <alicelee705@gmail.com>**

## (no subject)
3 messages

**dmarmel282@aol.com** <dmarmel282@aol.com>                    Tue, Apr 28, 2020 at 8:24 PM
To: alicelee705@gmail.com

Hi ya good looking
Enjoyed our conversation yesterday - couldn't be more delighted of the tone and resulting quid pro quo . There will be
Peace in our time!
To recap we would like to have a copy of the agreement and full amount of  the Mrs World revenue youre holding  sent by
FedEx  to our La Quinta address delivery scheduled for next Monday.
That will provide you with my guaranteed consideration  of both a professional and personal continuing relationship with
Mrs World. As agreed we will negotiate an ownership percentage - how much and on what triggered basis. Further upon
receipt of the revenue we will review the legitimate expenses you absorbed in your Sri Lanka adventure and draft our Mrs
World check to you to cover the same. This is not anything that will ultimately be found in the Harvard Law Review , so
let's not make it anymore convoluted .
Let's take care of this and get beyond it.
Finished the day of treatment and procedures with much more on the horizon.
So far the results are totally positive and encouraging but not I'm not yet even nearly out of the woods. I'm feeling much
better now that I'm able to eat and digest. I've lost about twenty ponds but that was predicted.
Stay healthy - the alternative is a bitch.
Love
David

I

Exhibit P

5/13/2020                                    Gmail - Re. Public Announcement and Contractual Obligations

 Gmail                                            **Mrs AliceLee G <alicelee705@gmail.com>**

## Re. Public Announcement and Contractual Obligations
2 messages

**Rishini Weeraratne** <Rish@rishini.com>                              Wed, May 6, 2020 at 5:31 AM
To: Alice Lee <alicelee705@gmail.com>
Cc: Minoli Ratnayake <minoli.ratnayake@gmail.com>, cj story <cjstory82@gmail.com>, Nishantha Deepal
<nishantha.matrix@gmail.com>, caroline jurie <carolqatar@gmail.com>, MANAGER MARKETING
<manager_marketing@voguejewellers.com>, UDARA KARUNATILLAKE <udara@voguejewellers.com>, ANURA
HEMACHANDRA <md@voguejewellers.com>, NANDANA HERATH <herath@voguejewellers.com>, NERANJALA
DAYANANDA <neranjala@voguejewellers.com>, Tana Johnson <vppageants@gmail.com>, DAVID MARMEL
<dmarmel282@aol.com>, arulpragasam@gmail.com

Dear Alice,

Hope this email finds you well and hope you and your family are safe. I write to you in response to the statement released by you yesterday, 5th of May 2020, a copy of which has been attached to this email.

We understand that you have resigned from your position at the Mrs. World Inc. organization and hence all contracts signed with you are now null and void. Whilst we regret this decision of yours, we nevertheless like to take this opportunity to wish you all the best in all your future endeavors.

Furthermore, as per the contract if the event is cancelled by Party A (Alice Lee Giannetta) all or any monies transferred as payment must be returned within seven working days (07). Hence, please let us know when this transaction can be done. We would sincerely appreciate it if this can be expedited as soon as possible as our Partners at Vogue are keen to ensure this is expedited and executed in a timely manner and ideally on or before the 16th of May 2020.

We need to inform all other public and private stakeholders of the new changes pertaining to the event and the contracts, as all of them continue to be firm supporters of the event, hence we would appreciate it if you could expedite the aforementioned transfer at your earliest. We have no doubt you would do your best to ensure the transaction is executed in a timely manner, and we appreciate the written commitment you stated confirming the same, in your public announcement yesterday.

Furthermore, please note this event will not be canceled in Sri Lanka and we have now taken steps to proceed forward with the event under the leadership of Mr. David Marmel, President of Mrs. World Inc. and Mrs. Tana Johnson, Vice President of Mrs. World Inc. We will not be canceling it in Sri Lanka and if at all may only be postponing it by a month or two if the Government of Sri Lanka requests for the same. If not, the show will go on as planned in November 2020 in Colombo, Sri Lanka. All are Partners (both Public and Private) remain committed to the event as Mrs. World is a pageant close to all our hearts in Sri Lanka given that the very first titleholder was a Sri Lankan and the current titleholder is also a Sri Lankan, hence for us it's imperative that we host this event in Sri Lanka at least once and etch our country name in its history.

Warm Regards,
Rishini

-----------------------
Rishini Weeraratne
LLM (UK), LLB (UK)
Director.
The Colombo Lifestyle Co.

M: (+94) 77 30 20 402

Exhibit Q



Immediate Release

**Mrs. World President and CEO David Marmel confirms their commitment to hosting this prestigious event in Sri Lanka.**

Colombo: 6th May 2020

Announced in February by the reigning Mrs. World Caroline Jurie, Sri Lanka will be the host nation for the prestigious Mrs. World pageant, the dates for the event remain as announced but may be postponed if the current prevailing situation continues due to the COVID19 pandemic. The Mrs. World pageant promises to be an incredible event in a scale and style never seen before in the island and will work within all government and WHO health and safety guidelines to ensure its success. Given the country's rich culture and hospitality, this the perfect place to welcome the Mrs. World Nations and their representatives from over 50 countries.

"We are excited to host this year's pageant in the resplendent island, Sri Lanka. Sri Lanka has always held a special place in our hearts as the first ever winner of our coveted title was Mrs. Rosy Senanayake. An incredibly inspirational woman who continues to uphold the values of Mrs. World. Sri Lanka is a beautiful and magical island with a rich history, culture and traditions. We look forward to hosting this world-renowned event in Sri Lanka for the first time in the pageants history and sharing the beauty and splendor of Sri Lanka with the rest of the world." David Marmel, President and CEO of Mrs. World Inc.

Mrs. World has inspired and empowered thousands of women to use their talents to support the poor, sick and disadvantaged through their many charitable programmes. One of the longest-running international pageants, Mrs. World is not a traditional beauty pageant, but rather a platform for women from across the globe to raise awareness and funds in aid of humanitarian causes. The organization prides itself on its philanthropic focus with millions of dollars being raised for good causes every year. The highly-anticipated Mrs. World final show will also be telecast globally. Hosting the programme will be a major boost to promote Sri Lankan tourism, culture and hospitality to a global audience. Keeping in line with the Mrs. World ethos the pageant in Sri Lanka will also contribute part proceeds to the Women in Need organization in Colombo. Women in Need (WIN) is a non-profit organization fighting domestic violence, rape, child abuse, and other forms of violence (GBV) faced by women and girls in Sri Lanka.

Sri Lanka has a long history and association with the prestigious Mrs. World pageant with two incredible Sri Lankan women holding the title, Colombo city Mayor Mrs. Rosy Senanayake and current Mrs. World Caroline Jurie. Mrs. World is the first beauty pageant for married women creating that new genre in 1984.

"Winning Mrs. World has changed my life immeasurably, I am part of an incredible sisterhood that works to improve the wellbeing of disadvantaged women and children around the world. I am so proud that Sri Lanka will host the Mrs. World pageant and we will be able to showcase the beauty and splendor of our paradise island to a global audience and that I will be able to hand over the crown to the next Mrs. World and change her life in my home country." Mrs. World 2020 Caroline Jurie.

1

Mr. Chandimal Jayasinghe, National Director of Mrs. World (Sri Lanka) is co-producing the event with The Colombo Lifestyle Company. The Colombo Lifestyle Company are a world-class event management company, producing high-end, international bespoke events, launches, awards and parties. Their expertise lies in their ability to create and plan boutique to large-scale experiences for private individuals, corporate agencies, leading brands and charitable foundations. The company headed by Rishini Weeraratne and Minoli Ratnayake is one of the city's finest event management and consultancy companies providing strategic, tailored event services as well as PR and communication services. The company's team of highly talented and creative individuals have commitment, motivation and indeed, a passion to produce memorable events and experiences.

Vogue Jewelers, the title partner for Mrs. World 2021 are renowned as the Sri Lankan jewelry manufacturer to have won the highest number of local and international awards and continue to outshine in both local and international arenas. Since its inception in 1962, the unwavering commitment to continually raise the bar for quality - a virtue that has redefined the art of jewelry making through innovation and unrivaled craftsmanship of highest standards, made them the perfect partner for the Mrs. World pageant. From the first sketch to polishing, international award-winning design maestros and master craftsmen at Vogue bring the most complex design to life. Expertise in stone selection and the fine art of setting add value to each step carried out immaculately, conforming to the highest international standards.

Retail partner GFLOCK clothing, headed by Ranil Wiladdarage are known for their continual innovation and have been making headway in the ladies clothing wear market since inception in 2013. They recently launched a recycled collection and GFLOCK believe that their customers should purchase products that service a greater cause which not only fulfill their needs but a purchase that will also fulfill the needs of the environment and society. This creates a beautiful eco system that includes the customer and the brand. Ultimately, they want to continue to make and sell quality products that help empower people and provide customers with unique pieces that tell amazing human stories.

Hotel partner The Kingsbury is the crown jewel of the Leisure and Aviation sector of Sri Lanka's leading conglomerate, Hayley's PLC and was the first hotel to be reinstated as a five-star hotel in 2017. Since its launch in 2012, it has grown from strength to strength gaining international acclaim including Regional Winner Luxury Business Hotel in South West Asia (2016) and Winner, Best Luxury Business Hotel in Sri Lanka (2017) at The World Luxury Hotel Awards. The Kingsbury and their chain of luxury resorts that are strategically scattered around our paradise island will play host to the Mrs. World Pageant and all its beautiful contestants from over 80 countries from around the world.

The event in Sri Lanka will be spearheaded by Mrs. Tana Johnson, Vice President, Mrs. World Inc. and she is expected in Colombo later this year to map out the finer details pertaining to the event. Mrs. Johnson will also be in attendance at the local Mrs. World Sri Lanka pageant, that will be hosted later this year by Mr. Chandimal Jayasinghe, National Director (Sri Lanka). The local pageant will undoubtedly draw immense attention from hopeful contestants as the final winner will represent Sri Lanka at the global event which will be held in her own home country in November 2020.

2

Exhibit R

*G. G. Arulpragasam*
Attorney-at-Law & Notary Public
&
Commissioner for Oaths
No. 93, Hulftsdorp Street,
Colombo - 12.

# EVENT TITLE SPONSOR AGREEMENT

## NO : 5611

### DATED: 4TH MARCH 2020

ATTESTED BY :

## G.G.ARULPRAGASAM

## NOTARY PUBLIC.

*Between*

### VOGUE JEWELLERS (PRIVATE) LIMITED

And

### THE COLOMBO LIFESTYLE COMPANY (PRIVATE) LIMITED

And

### MR. CHANDIMA NUWAN JAYASINGHA

And

### MRS. WORLD LLC

In relation to:

## MRS. WORLD 2021 IN COLOMBO, SRI LANKA

G. G. **ARULPRAGASAM**
Attorney-at-Law & Notary Public
&
Commissioner of Oaths
No. 93, Hulftsdorp Street,
Colombo - 12.

## EVENT TITLE SPONSOR AGREEMENT



**No : 5611**

**THIS EVENT TITLE SPONSOR AGREEMENT** is made and entered into at Colombo in the Democratic Socialist Republic of Sri Lanka on this date of **4th day of March Two Thousand and Twenty (2020)** (hereinafter referred to as the "Agreement").

### BY AND BETWEEN

**VOGUE JEWELLERS (PRIVATE) LIMITED,** (bearing registration number PV 523) and maintaining its registered office at 528, Galle Road, Colombo 3 Sri Lanka being an iconic and reputed jewelry store and referred to as "Party A" from time to time ;

### AND

**THE COLOMBO LIFESTYLE COMPANY (PRIVATE) LIMITED,** a private limited company registered in the Democratic Socialist Republic of Sri Lanka bearing company registration number PV 220577 and maintaining its registered office at 59/2 Edmonton Road, Colombo 05 herein referred to as the "Organizer" and "Party B"; from time to time;

### AND

**MR. CHANDIMA NUWAN JAYASINGHA,** the National Director of Mrs. World in Sri Lanka, (holder of national identity card number 198315203824) herein referred to as the "Party C";

### AND

**MRS. WORLD LLC,** an a domestic corporation registered under New Jersey State Law and maintaining its registered office at No. 475, Bloomfield Avenue, Newark, New Jersey 07107 represented by its registered agent Mrs. Alice Lee Giannetta, Esq., duly authorized thereto, and herein referred to as "Party D" ;

Party A, Party B, Party C and Party D shall be hereinafter individually referred to as a "Party" and collectively referred to as the "Parties".

The Organizers ("Party B" and "Party C") seeks an Event Title Sponsor for their international event titled "Mrs. World 2021" ("Mrs. World 2021") scheduled to be held in Colombo, Sri Lanka from the 12th of November 2020 to 21st of November 2020, ("pageant week") and as such would like to enter into an agreement with Party A for the following:

(1)     Grant Event Title Sponsorship Rights;

(2)     Event to be renamed as – "Vogue Jewelers presents Mrs. World 2021, Colombo, Sri Lanka";

**PREAMBLE**

WHEREAS Parties are keen to enter into an Agreement with regards to Party A becoming the exclusive Official Title Sponsor for Mrs. World 2021 hosted and produced by Mrs. World LLC in collaboration with Parties B and C in Sri Lanka in November 2020;

WHEREAS Party A under the brand name Vogue Jewelers is a leading luxury jewelry brand operating in Sri Lanka;

WHEREAS Party B is a duly registered private limited company in Sri Lanka that specializes in Events, Marketing, PR and Communications;

WHEREAS Chandima Nuwan Jayasingha is the National Director of Mrs. World in Sri Lanka;

WHEREAS the Mrs. World LLC is a duly incorporated entity in the United States of America and is the absolute titleholder and or holder of the license to operate the event, "Mrs. World";







P S000000000013

EP14 Oct 2018
OD: 11 5/8 x 15 1/8

* Domestic only.   * For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.

UNITED STATES
POSTAL SERVICE

Retail

US POSTAGE PAID
$20.00

Origin: 07003
07/14/20
330855080219

PRIORITY MAIL 2-DAY®

EXPECTED DELIVERY DAY: 07/17/20

SHIP
TO:
3470 12TH ST
RIVERSIDE CA 92501-3801

C002

2 Lb 10.80 Oz
1004

USPS TRACKING® NUMBER

9505 5137 6649 0196 2602 08

P
MAIL

US District Court Intake
3470 12th st
Room 134
Riverside, Col, Forniy 92501

MAIL

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 16 2020
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION





VISIT
ORP2