Leonard Steiner (Bar No. 135272)
STEINER & LIBO, Professional Corporation
11845 W. Olympic Boulevard, Suite 910W
Los Angeles, CA 90064
Tel.: (310) 273-7778
Fax: (310) 273-7679
Email: ls@steinerlibo.com

JS6

*Attorneys for Defendants and Counterclaimant/Third Party Plaintiff Mrs. World, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ALICE LEE GIANNETTA,
    Plaintiff,
v.
DAVID MARMEL, Deceased; and the ESTATE OF DAVID MARMEL, its Heirs and Devisees; and MRS WORLD, INC.,
    Defendants

Case No. 5:20-cv-01410-RGK-KK

[~~PROPOSED~~] ORDER DISMISSING ACTION AND FOR THE COURT TO RETAIN JURISDICTION TO ENFORCE TERMS OF SETTLEMENT

[126]

WHEREAS the parties have stipulated to a dismissal of the action and for the court to retain jurisdiction to enforce terms of settlement, it is ordered as follows:

1. This action in its entirety, including all counterclaims, cross-claims, and third-party claims, is dismissed with prejudice, with each party to bear his/her/its own costs and attorney's fees; and

2. The Court retains jurisdiction to enforce the terms of the settlement reached by the parties.

Dated: 3/10/2023

*/s/ Gary Klausner*
Hon. R. Gary Klausner
United States District Judge